**Filed**

MAY 07 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR: 14-00431 EJD |
| Plaintiff, | ) ORDER OF DISMISSAL |
| v. | ) |
| ANDRES FERNANDEZ-CASTILLO | ) |
| Defendant. | ) |

Leave is granted to the government to dismiss the above-captioned Indictment. The Indictment is hereby ordered dismissed without prejudice.

Date: 5/6/15

EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL
14-00431 EJD